UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| Kelli Green, individually and on behalf of her minor child, E.G., | ) ) ) |
| Plaintiff, | ) Civil Action No. 3:22-cv-09557-MCR-ZCB ) ) ) |
| v. | ) JURY TRIAL DEMANDED ) |
| Abbott Laboratories Inc. D/B/A Abbott Nutrition, | ) ) ) ) |
| Defendant. | ) |

## JOINT MOTION TO STAY ACTION PENDING RULING BY THE JUDCIAL PANEL ON MULTIDISTRICT LITIGATION

Plaintiff Kelli Green ("Plaintiff"), individually and on behalf of her minor child, E.G., and Defendant Abbott Laboratories, Inc. ("Defendant"), (collectively, the "Parties"), by and through undersigned counsel, move the Court for entry of an order staying this action to await the resolution of the motion to transfer pending before the Judicial Panel on Multidistrict Litigation (the "JPML") in *In re: Recalled Abbott Infant Formula Prods. Liab. Litig.*, MDL No. 3037. Counsel for Plaintiff and Defendant conferred and the Parties agree to the relief sought in this motion.

1. Plaintiff filed this action on July 11, 2022. ECF 1. This case is one of more than two dozen lawsuits recently filed in at least a dozen different federal district courts seeking recovery for harm allegedly related to powdered infant

formula produced at Defendant's manufacturing facility in Sturgis, Michigan. Defendant waived service of the Complaint, and Defendant's deadline to answer, move, or otherwise plead in response to Plaintiff's Complaint is currently September 9, 2022.

2. On April 4, 2022, the plaintiff in another action filed a motion pursuant to 28 U.S.C. § 1407 (the "MDL Motion") with the JPML seeking to coordinate the action for consolidated pretrial proceedings in a single jurisdiction.[1] For purposes of briefing on that motion, the JPML opened MDL No. 3037. The JPML set a briefing schedule on the MDL Motion, which is now complete, and argument is scheduled for later this month, July 28, 2022.

3. Given the pendency of the MDL Motion and its potential effect on the venue for this proceeding, the Parties agree and stipulate that there is good cause to stay all case deadlines, including the deadline for Defendant's responsive pleading, until after the JPML rules on the MDL Motion, because doing so will conserve the Court's and the Parties' resources and avoid duplicative or inconsistent rulings in this case and the other actions. *See generally* Apr. 30, 2022 Order on Motion to Stay, ECF 30, *Suarez v. Abbott Labs. Inc.,* No. 1:22-cv-20506 (S.D. Fla.); Apr. 27, 2022 Order Staying Case, ECF 16, *Ephraim v. Abbott Labs. Inc.,* No. 1:22-cv-2056 (S.D. Fla.).

---

[1] At the time the MDL Motion was filed, only 18 actions had been filed in 7 different federal district courts. There are now 28 actions in 12 different federal courts.

4. The Parties further agree and stipulate that:

(i) If the JPML grants the MDL Motion, Defendant's time to answer, move, or otherwise plead in response to Plaintiff's Complaint shall be determined by the MDL judge;

(ii) If the JPML denies the MDL Motion, Defendant's time to answer, move, or otherwise plead in response to Plaintiff's Complaint is extended until 30 days after the MDL Motion is denied;

(iii) If MDL No. 3037 is terminated without a ruling on the MDL Motion, Defendant's time to answer, move, or otherwise plead in response to Plaintiff's Complaint is extended until 30 days after MDL No. 3037 is terminated.

5. Defendant does not waive, and expressly reserves, all available defenses, including, but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue. Defendant expressly reserves its right to raise such defenses in any responsive pleading or motion.

WHEREFORE, the Parties respectfully request that the Court enter an order staying this action and administratively closing the case pending a transfer decision by the JPML, and to the extent the JPML denies the MDL Motion, extending the

Defendant's deadline to move or otherwise respond to the Complaint in this action until 30 days after entry of such order as set forth above.

Respectfully submitted,

DATED this 13th day of July, 2022

/s/ *E. Samuel Geisler*
E. Samuel Geisler
Fla. Bar Number: 83817
sgeisler@awkolaw.com
Bryan F. Aylstock
Fla. Bar Number: 78263
baylstock@awkolaw.com
Caitlyn P. Miller
cmiller@awkolaw.com
Fla. Bar Number: 126097
Aylstock, Witkin,
  Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL  32502
Phone: (850) 202-1010
**ATTORNEYS FOR PLAINTIFFS**

/s/ *Larry Hill*
Larry Hill
Fla. Bar Number: 173908
lhill@mhw-law.com
Moore, Hill & Westmoreland, P.A.
350 West Cedar Street, Suite 100
Pensacola, FL 32502
Phone: (850) 434-3541
**ATTORNEY FOR DEFENDANT**