# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**KELLI GREEN, individually and on behalf of her minor child, E.G.,**

    **Plaintiff,**

**v.**    **CASE NO. 3:22cv9557-MCR/ZCB**

**ABBOTT LABORATORIES INC. d/b/a ABBOTT NUTRITUION,**

    **Defendant.**
_____/

## **ORDER**

The parties have notified the Court that the Judicial Panel on Multidistrict Litigation ("JPML") has created I*n Re: Recalled Abbott Infant Formula Liability Litigation*, MDL No. 3037 (J.P.M.L. 2022), and decided to transfer this case to the MDL. ECF No. 8. The parties stipulate and propose that this case remain stayed during the transfer process. The Court agrees.

Accordingly, pursuant to the parties' stipulation, this case will remain **STAYED** throughout the MDL transfer process. The Defendant's time to answer, move, or otherwise plead in response to Plaintiff's Complaint will be determined by

Judge Matthew F. Kennelly in the MDL proceedings.

**DONE AND ORDERED** this 10th day of August 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**